

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00494-CR

| | | |
|---|---|---|
| Thayer Lawson | § | From the 362nd District Court |
| | § | of Denton County (F-2010-2427-D) |
| v. | § | January 29, 2015 |
| | § | Opinion by Justice Dauphinot |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot